USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                    :
ARIANA KRASNIQI,                                    :
                                                    :
                                  Plaintiff,        :          1:26-cv-2403-GHW
                                                    :
                  -against-                         :          ORDER
                                                    :
MARKWAYNE MULLIN, *et al.*,                         :
                                                    :
                                  Defendants.       :
                                                    :
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On May 26, 2026, the Court directed the parties to confer as to whether they consent to

proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or

a joint letter no later than June 9, 2026.  Dkt. No. 10.  Neither document has been submitted.

Accordingly, the parties are directed to comply with the Court's May 26, 2026 order forthwith, and

in no event later than June 24, 2026.

        SO ORDERED.

Dated:  June 10, 2026
New York, New York                              _____
                                                      GREGORY H. WOODS
                                                    United States District Judge